**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON ABERNATHY,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>    Defendant. | NO. EDCV 08-248 SS<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: February 2, 2009.                /S/

                                 _____
                                 SUZANNE H. SEGAL
                                 UNITED STATES MAGISTRATE JUDGE